UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>Member Case No.<br>        15-cv-222-MMA (MDD)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |
|---|---|

Member Plaintiff Michael P. Glover and Defendant Midland Credit Management, Inc. have filed a joint motion to dismiss the member action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* Doc. No. 15.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this member action **with prejudice**.  Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: December 4, 2020

                                              HON. MICHAEL M. ANELLO
                                              United States District Judge